Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65563.—The A. W. Fenton Co., Inc. *v.* United States, protest 59/6580 (Cleveland).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65564.—The Huffman Manufacturing Company *v.* United States, protests 59/21868, 59/21907, and 59/25594 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65565.—Philkam Cycle Supply Co., Inc., et al. *v.* United States, protests 59/33502, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65566.**—The Huffman Manufacturing Company *v.* United States, protests 60/7656, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co.. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65567.**—The Huffman Manufacturing Company *v.* United States, protests 60/23855–16180, 316466–K/15066, and 316473–K/15101 (New Orleans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65568.**—W. J. Byrnes & Co., Inc., and Northern Screw Corp. *v.* United States, protest 316302–K (Los Angeles).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 65569.**—J. G. Philen, Jr., Company *v.* United States, protest 59/25757 (Laredo).

Opinion by LAWRENCE, J. The protest was dismissed.